# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### AT WHEELING

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

V.                              **CASE NO. 5:23MJ109**

**HARDY CARROLL LLOYD,**

    **Defendants.**

## UNOPPOSED MOTION TO CONTINUE PRELIMINARY AND DETENTION HEARINGS

Comes now, the Defendant, Hardy Carroll Lloyd, through his attorney, Elizabeth B. Gross, Assistant Federal Public Defender, and moves this Honorable Court, to continue the preliminary and detention hearings currently scheduled for Tuesday, August 15, 2023, in Wheeling, West Virginia. In support, Defendant states the following:

In order for undersigned to meet with Mr. Lloyd and prepare for the scheduled preliminary and detention hearings, undersigned needs an extension of time. Undersigned believes this additional time will allow for undersigned to prepare for the hearings effectively.

Mr. Lloyd understands he has a right to his hearing on the date the Court originally scheduled for Tuesday, August 15, 2023, however, Mr. Lloyd also understands it is in his best interest to allow counsel the additional time to prepare for the most effective hearing.

The government represented by Jarod Douglas has no objection to this motion. The parties are available, August 28, 2023, August 29, 2023, and August 30, 2023.

WHEREFORE, Mr. Lloyd respectfully asks this court to continue the detention hearing for Tuesday, August 15, 2023.

Respectfully submitted,

**HARDY CORROLL LLOYD**

By: /s/ Elizabeth B. Gross
Elizabeth B. Gross
WV State Bar No. 11567
Federal Public Defender
Office 230 West Pike Street,
Suite 360
Clarksburg, West Virginia 26302
Tel. (304) 622-3823
Fax. (304) 622-4631
E-Mail: Beth_gross@fd.org

## CERTIFICATION OF SERVICE

I hereby certify that on August 11, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of West Virginia, which will send notification of such filing to the following CM/ECF user:

**Jarod Douglas, AUSA**
**United States Attorney's Office**
**Wheeling, WV**

By: <u>s/ Elizabeth B. Gross</u>
      Elizabeth B. Gross
      WV State Bar No. 11567
      Federal Public Defender Office
      230 West Pike Street, Suite 360
      Clarksburg, West Virginia 26302
      Tel. (304) 622-3823
      Fax. (304) 622-4631
      E-Mail: Beth_Gross@fd.org